AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

TRIANTHONY TIMO'fHY CANNON,


Plaintiff,

**JUDGMENT IN A CIVIL CASE**


**V.**

CASE NUMBER: CV 126-063

DONTAVIOUS WOODWARD, Inmate; OFFICER MS.
FRANCIS, Lt.; and OFFICER MS. LANE. CO II.


Defendants.


☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated June 11, 2026, the Magistrate Judge's Report and

Recommendation is adopted as the opinion of the Court. Therefore, Plaintiffs complaint is

dismissed without prejudice. This case stands closed.

6/11/2026

*Date*

John E. Triplett, Clerk of Court

*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020